AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Ashley Nicole Avery

*Defendant*

Case No. CCB 13-0131

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ashley Nicole Avery,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracty to Commit Bank Fraud, 18 U.S.C. :1349
Bank Fraud, 18 U.S.C. :1344
Aggravated Identity Theft, :1028A(a)(1) and (c)(5)
Aiding and Abetting, 18 U.S.C. :2

Date:   03/19/2013

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/13, and the person was arrested on *(date)* 3/26/13
at *(city and state)*   Baltimore, MD

Date: 3/26/13

*Arresting officer's signature*

Scott Windish Special Agent
*Printed name and title*