## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *      CCB- 13-131 |
| v. | *   **CRIMINAL NO.** |
| | * |
| Keir Hicks et al. | * |
| | * |
| **Defendant** | * |
| | * |

*******

### MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for

the District of Maryland, and Tamera L. Fine, Assistant United States Attorney for said District,

moves this Honorable Court for an order unsealing the Indictment in the above-captioned matter.

The government states that the defendants have been arrested.    Thus, the original grounds for sealing

are no longer present.

WHEREFORE, the Government requests that this Indictment be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Tamera L. Fine
Assistant United States Attorney

ORDERED as prayed, this _15_ day of JANUARY, 2014.

_____

Susan K. Gauvey
United States Magistrate Judge