

**U.S. Department of Justice**

*United States Attorney
District of Maryland
Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Tamera L. Fine*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4806*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*
*TTY/TDD: 410-962-4462*
*Tamera.Fine@usdoj.gov*

April 3, 2013

Malik Edwards, Esquire
Assistant Federal Public Defender
District of Maryland
Bank of America Building
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland 21201

> Re:  Discovery Agreement in the Case of
>      <u>United States v. Ashley Avery</u>
>      Criminal No. CCB-13-0131

Dear Mr. Edwards:

I write to set forth the conditions on which the Government is willing to make discovery in this case. Under Rule 16 of the Federal Rules of Criminal Procedure, discovery is to be given "upon request", and I understand that you do request discovery. Therefore, I also request discovery pursuant to Rule 16(b).

The Government will provide discovery pursuant to and as defined in Rule 16 in the form of on-site discovery sessions in which the case agent is available to assist counsel in review of the materials. Due to the presence of substantial personal identity information in the discovery, I will prepare a draft Protective Order for your review. Once a Protective Order is issued, we will provide copies of discovery. We understand that these same terms will apply to new materials as those materials become available. <u>Jencks</u> material as defined in 18 U.S.C. § 3500, along with related <u>Giglio</u> material such as witness' plea agreements, criminal convictions and prior inconsistent statements, will be provided no later than one week before trial. <u>Brady</u> material which is not otherwise included in the Rule 16, <u>Jencks</u> or <u>Giglio</u> material referred to above will be provided if and when discovered. <u>Jencks</u> material is defined for purposes of this agreement in accordance with the specific provisions of 18 U.S.C. § 3500. <u>Jencks</u> material is given on agreement that reciprocal Rule 26.2 material will be provided by you at the same time I provide <u>Jencks</u> material.

The government agrees that at the same time that it provides Rule 16 material, it will provide notice of the existence of alleged other crimes, wrongs or acts committed by your client pursuant to Rule 404(b) of the Federal Rules of Evidence, along with copies of all physical and documentary

evidence believed by the government to fall within the ambit of Rule 404(b) which the government intends to introduce at trial in its case-in-chief. The government acknowledges its continuing duty to disclose Rule 404(b) evidence as it is recognized as such after the time period in which the government has provided Rule 16 material.

The government reserves the right to provide later notice of Rule 404(b) material if the government believes that disclosure of such information will pose a security risk to any witness. As to any such witness, the government will disclose all Jencks material and all Rule 404(b) evidence at the same time.

All discovery is provided on the condition that counsel will not give copies of this material to the client or to anyone outside counsel's office, absent prior approval of this office. Counsel may, of course, review this material with the client at any time or place.

Should counsel file any routine motion with the Court which seeks discovery pursuant to Rule 16 or Brady, then this discovery agreement will be void, and the Government is not bound by any of the provisions herein. Specifically, Jencks and Giglio material may not be provided until the first day of trial if the defendant should file such a motion.

Should counsel file any motion with the Court which seeks material under the Jencks Act, then this agreement is void and Jencks and Giglio material may not be provided until the first day of trial.

The Government may be providing, as a courtesy, material which is not discoverable under Rule 16, Jencks, Giglio or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should never be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

Please indicate your consent to this discovery agreement by signing and returning to me a copy of this letter. I urge you to call or write me with any questions that arise, as we may be able to resolve any questions without the filing of motions and responses with the Court.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By: _____
Tamera L. Fine
Assistant United States Attorney

Accepted: _____
Joseph Balter, Esquire

12-3-13
Date